# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: DUHOWNIK, WILLIAM P. § | Case No. 13-45819 |
| DUHOWNIK, KATHRYN A. § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 26, 2013. The undersigned trustee was appointed on November 26, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         25,417.57

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 25.40 |
   | Bank service fees | 695.85 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]      $ | 24,696.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/27/2014 and the deadline for filing governmental claims was 05/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,291.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,291.76, for a total compensation of $3,291.76.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $9.12, for total expenses of $9.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/14/2017     By: /s/THOMAS E. SPRINGER, TRUSTEE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Period Ending:** 02/14/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/16/13  
**Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Residence 4070 Meadow View Drive S | 610,000.00 | 0.00 | | 0.00 | FA |
| 2  Chase Checking Account #8188  Amount reduced from $1,500 to $1,400 on amended schedules | 1,400.00 | 0.00 | | 0.00 | FA |
| 3  Chase Money Market Checking Account #8493 | 0.48 | 0.00 | | 0.00 | FA |
| 4  Chase Savings Checking Account #2193 | 1.31 | 0.00 | | 0.00 | FA |
| 5  Ordinary Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Ordinary Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7  Knights of Columbus term life insurance policy  children beneficiaries | 0.00 | 0.00 | | 0.00 | FA |
| 8  Ft. Dearbon term life insurance through employer  Wife then children beneficiaries | 0.00 | 0.00 | | 0.00 | FA |
| 9  ING Precision Dialogue Employees' 401(k) Plan | 5,436.01 | 0.00 | | 0.00 | FA |
| 10  Possible tax refunds for federal and state (u)  for 2012, 2011.  Originally scheduled with a value of "unknown". Amended schedules listed value of $24,011.00. | 24,011.00 | 17,412.79 | | 15,378.97 | FA |
| 11  2006 Lexus ES 330 165,000 miles  2006 Lexus ES 330 165,000 miles | 3,758.00 | 0.00 | | 0.00 | FA |
| 12  2003 GMC Yukon XL Denali 157,000 miles  2003 GMC Yukon XL Denali 157,000 miles | 4,260.00 | 0.00 | | 0.00 | FA |
| 13  2 dogs, 3 cats  2 dogs, 3 cats | 0.00 | 0.00 | | 0.00 | FA |
| 14  Possible 2013 tax refund (u) | 8,550.00 | 8,550.00 | | 10,038.60 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$659,416.80** | **$25,962.79** | | **$25,417.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtors finally had their 2013 tax returns filed and a pro-rata share (330 days based on the date of filing) of the federal refund has been received by the Debtor and paid to the Trustee. Trustee is still awaiting Debtors' receipt of the state refund and subsequent pro-rata turnover. Hearing on Motion for turnover of state tax refund is 1/6/2017

Printed: 02/14/2017 12:25 PM   V.13.28

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Period Ending:** 02/14/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/16/13  
**Claims Bar Date:** 05/27/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 15, 2015    **Current Projected Date Of Final Report (TFR):** March 15, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Taxpayer ID #:** **-***7719  
**Period Ending:** 02/14/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********39 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/14 | {10} | WILLIAM P. DUHOWNIK | Turnover Tax Refund | 1124-000 | 15,378.97 | | 15,378.97 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.75 | 15,364.22 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 15,341.38 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.81 | 15,318.57 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.04 | 15,296.53 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.74 | 15,273.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.98 | 15,251.81 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.67 | 15,229.14 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.64 | 15,206.50 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 9.10 | 15,197.40 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.42 | 15,176.98 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 22.57 | 15,154.41 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 15,154.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,378.97 | 15,378.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,154.41 | |
| | | | **Subtotal** | | 15,378.97 | 224.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,378.97** | **$224.56** | |

{} Asset reference(s)

Printed: 02/14/2017 12:25 PM    V.13.28

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Taxpayer ID #:** **-***7719  
**Period Ending:** 02/14/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****986066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 15,154.41 | | 15,154.41 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.24 | 15,131.17 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.76 | 15,109.41 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.00 | 15,088.41 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.87 | 15,064.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.88 | 15,043.66 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-45819, Bond Premium | 2300-000 | | 7.73 | 15,035.93 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 15,015.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.69 | 14,991.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.78 | 14,970.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.75 | 14,949.86 |
| 06/15/16 | {14} | Kathryn A. Duhownik | Turnover Tax Refund | 1224-000 | 9,768.00 | | 24,717.86 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.59 | 24,687.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 24,653.04 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.89 | 24,614.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.30 | 24,578.85 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.08 | 24,544.77 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 24,507.22 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.15 | 24,472.07 |
| 01/12/17 | {14} | Kathryn A. Duhownik | Turnover Tax Refund | 1224-000 | 270.60 | | 24,742.67 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 24,704.89 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-45819, Bond #016073584 | 2300-000 | | 8.57 | 24,696.32 |
| | | | **ACCOUNT TOTALS** | | 25,193.01 | 496.69 | $24,696.32 |
| | | | Less: Bank Transfers | | 15,154.41 | 0.00 | |
| | | | **Subtotal** | | 10,038.60 | 496.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,038.60** | **$496.69** | |

{} Asset reference(s)  Printed: 02/14/2017 12:25 PM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Taxpayer ID #:** **-***7719  
**Period Ending:** 02/14/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****986066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********39 | 15,378.97 | 224.56 | 0.00 |
| Checking # ****986066 | 10,038.60 | 496.69 | 24,696.32 |
| | $25,417.57 | $721.25 | $24,696.32 |

{} Asset reference(s)

Printed: 02/14/2017 12:25 PM V.13.28

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 27, 2014

**Case Number:** 13-45819
**Debtor Name:** DUHOWNIK, WILLIAM P.

Page: 1

**Date:** February 14, 2017
**Time:** 12:26:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,291.76 | $0.00 | 3,291.76 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $9.12 | $0.00 | 9.12 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,913.00 | $0.00 | 3,913.00 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $9.10 | $9.10 | 0.00 |
| BOND2 200 | Arthur B. Levine Company<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | Admin Ch. 7 | | $7.73 | $7.73 | 0.00 |
| BOND3 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $8.57 | $8.57 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of SCHOLASTIC,PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $144.49 | $0.00 | 144.49 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,536.13 | $0.00 | 16,536.13 |
| 3 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,500.04 | $0.00 | 1,500.04 |
| 4 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,685.27 | $0.00 | 1,685.27 |
| 5 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,653.18 | $0.00 | 1,653.18 |
| 6 610 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $1,070.76 | $0.00 | 1,070.76 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 27, 2014

**Case Number:** 13-45819  
**Debtor Name:** DUHOWNIK, WILLIAM P.

Page: 2

**Date:** February 14, 2017  
**Time:** 12:26:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $39,036.35 | $0.00 | 39,036.35 |
| 8 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $15,182.80 | $0.00 | 15,182.80 |
| 9 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,548.04 | $0.00 | 2,548.04 |
| 10 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,741.45 | $0.00 | 2,741.45 |
| 11 610 | Central Dupage Hospital<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Unsecured | | $2,435.50 | $0.00 | 2,435.50 |
| 12 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $20,250.18 | $0.00 | 20,250.18 |
| 13 610 | Ashley Funding Services, LLC its successors and<br>assigns as assignee of Laboratory,<br>Greenville, SC 29603-0587 | Unsecured | | $10.38 | $0.00 | 10.38 |
| 14 610 | VONMAUR<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | Unsecured | | $1,104.45 | $0.00 | 1,104.45 |
| 15 610 | CENTRAL DUPAGE HOSPITAL<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 16 610 | Portfolio Recovery Associates, LLC<br>GE CAPITAL RETAIL BANK<br>(TOYS R US ),PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $4,754.06 | $0.00 | 4,754.06 |
| 17 610 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>(CARE CREDIT),POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,798.72 | $0.00 | 1,798.72 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 27, 2014

**Case Number:** 13-45819　　　　　　　　　　　Page: 3　　　　　　　　　　　**Date:** February 14, 2017
**Debtor Name:** DUHOWNIK, WILLIAM P.　　　　　　　　　　　　　　　　　　　　　**Time:** 12:26:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 610 | Portfolio Recovery Associates, LLC successor to GE CAPITAL RETAIL BANK (LOWE'S),POB 41067 Norfolk, VA 23541 | Unsecured | | $1,920.81 | $0.00 | 1,920.81 |
| **<< Totals >>** | | | | 121,611.89 | 25.40 | 121,586.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 13-45819
Case Name: DUHOWNIK, WILLIAM P.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**     $     24,696.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     24,696.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 3,291.76 | 0.00 | 3,291.76 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 9.12 | 0.00 | 9.12 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 3,913.00 | 0.00 | 3,913.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 9.10 | 9.10 | 0.00 |
| Other Expenses: Arthur B. Levine Company | 7.73 | 7.73 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 8.57 | 8.57 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $     7,213.88
Remaining balance:     $     17,482.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     17,482.44

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 17,482.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,372.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 144.49 | 0.00 | 22.09 |
| 2 | Discover Bank | 16,536.13 | 0.00 | 2,527.63 |
| 3 | Quantum3 Group LLC as agent for | 1,500.04 | 0.00 | 229.29 |
| 4 | Quantum3 Group LLC as agent for | 1,685.27 | 0.00 | 257.60 |
| 5 | Quantum3 Group LLC as agent for | 1,653.18 | 0.00 | 252.70 |
| 6 | Credit First NA | 1,070.76 | 0.00 | 163.67 |
| 7 | American Express Centurion Bank | 39,036.35 | 0.00 | 5,966.91 |
| 8 | American Express Centurion Bank | 15,182.80 | 0.00 | 2,320.77 |
| 9 | Capital One, N.A. | 2,548.04 | 0.00 | 389.48 |
| 10 | Capital Recovery V, LLC | 2,741.45 | 0.00 | 419.04 |
| 11 | Central Dupage Hospital | 2,435.50 | 0.00 | 372.28 |
| 12 | PYOD, LLC its successors and assigns as assignee | 20,250.18 | 0.00 | 3,095.34 |
| 13 | Ashley Funding Services, LLC its successors and | 10.38 | 0.00 | 1.59 |
| 14 | VONMAUR | 1,104.45 | 0.00 | 168.82 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | CENTRAL DUPAGE HOSPITAL | 0.00 | 0.00 | 0.00 |
| 16 | Portfolio Recovery Associates, LLC | 4,754.06 | 0.00 | 726.68 |
| 17 | Portfolio Recovery Associates, LLC | 1,798.72 | 0.00 | 274.94 |
| 18 | Portfolio Recovery Associates, LLC | 1,920.81 | 0.00 | 293.61 |

Total to be paid for timely general unsecured claims: $ 17,482.44
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**