UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **WILLIAM P. DUHOWNIK AND** | ) | Bankruptcy No. 13-45819 |
| **KATHRYN A. DUHOWNIK,** | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

William and Kathryn
Duhownik
4070 Meadow View Drive
 St. Charles, IL 60175

American InfoSource LP as agent
for RJM Acquisitions, LLC
as assignee of SCHOLASTIC,PO Box 268850
Oklahoma City, OK 73126-8850

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Central Dupage Hospital
C/O H and R Accounts Inc.
PO Box 672
Moline, IL 61265

American Express Centurion
Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Credit First NA
Po Box 818011
Cleveland, OH 44181

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management
Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

PYOD, LLC its successors and
assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

VONMAUR
C/O H AND R ACCOUNTS INC
PO BOX 672
MOLINE, IL 61265

Portfolio Recovery Associates, LLC
GE CAPITAL RETAIL BANK
(TOYS R US; CARE CREDIT;
LOWE'S)
PO Box 41067
Norfolk, VA 2354

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000