# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DUHOWNIK, WILLIAM P. § | Case No. 13-45819 |
| DUHOWNIK, KATHRYN A. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $626,855.80　　　　　　Assets Exempt: $51,954.01
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,482.44　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $96,890.17

Total Expenses of Administration: $7,935.13

---

    3) Total gross receipts of $ 25,417.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,417.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,935.13 | 7,935.13 | 7,935.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 114,372.61 | 114,372.61 | 17,482.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $122,307.74 | $122,307.74 | $25,417.57 |

4) This case was originally filed under Chapter 7 on November 26, 2013. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible tax refunds for federal and state | 1124-000 | 15,378.97 |
| Possible 2013 tax refund | 1224-000 | 10,038.60 |
| **TOTAL GROSS RECEIPTS** | | **$25,417.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 3,291.76 | 3,291.76 | 3,291.76 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 9.12 | 9.12 | 9.12 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 3,913.00 | 3,913.00 | 3,913.00 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 9.10 | 9.10 | 9.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Arthur B. Levine Company | 2300-000 | N/A | 7.73 | 7.73 | 7.73 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.57 | 8.57 | 8.57 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 14.75 | 14.75 | 14.75 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.84 | 22.84 | 22.84 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.81 | 22.81 | 22.81 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.04 | 22.04 | 22.04 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.74 | 22.74 | 22.74 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 21.98 | 21.98 | 21.98 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.67 | 22.67 | 22.67 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.64 | 22.64 | 22.64 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 20.42 | 20.42 | 20.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.24 | 23.24 | 23.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.76 | 21.76 | 21.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.00 | 21.00 | 21.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.87 | 23.87 | 23.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.88 | 20.88 | 20.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.85 | 20.85 | 20.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.69 | 23.69 | 23.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.78 | 20.78 | 20.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.75 | 20.75 | 20.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.59 | 30.59 | 30.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.23 | 34.23 | 34.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.89 | 38.89 | 38.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.30 | 35.30 | 35.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.08 | 34.08 | 34.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.55 | 37.55 | 37.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.15 | 35.15 | 35.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.78 | 37.78 | 37.78 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 22.57 | 22.57 | 22.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,935.13** | **$7,935.13** | **$7,935.13** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 144.49 | 144.49 | 22.09 |
| 2 | Discover Bank | 7100-000 | N/A | 16,536.13 | 16,536.13 | 2,527.63 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,500.04 | 1,500.04 | 229.29 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,685.27 | 1,685.27 | 257.60 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,653.18 | 1,653.18 | 252.70 |
| 6 | Credit First NA | 7100-000 | N/A | 1,070.76 | 1,070.76 | 163.67 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 39,036.35 | 39,036.35 | 5,966.91 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 15,182.80 | 15,182.80 | 2,320.77 |
| 9 | Capital One, N.A. | 7100-000 | N/A | 2,548.04 | 2,548.04 | 389.48 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 2,741.45 | 2,741.45 | 419.04 |
| 11 | Central Dupage Hospital | 7100-000 | N/A | 2,435.50 | 2,435.50 | 372.28 |
| 12 | PYOD, LLC its successors and assigns | 7100-000 | N/A | 20,250.18 | 20,250.18 | 3,095.34 |
| 13 | Ashley Funding Services, LLC | 7100-000 | N/A | 10.38 | 10.38 | 1.59 |
| 14 | VONMAUR | 7100-000 | N/A | 1,104.45 | 1,104.45 | 168.82 |
| 15 | CENTRAL DUPAGE HOSPITAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 16 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,754.06 | 4,754.06 | 726.68 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,798.72 | 1,798.72 | 274.94 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,920.81 | 1,920.81 | 293.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $114,372.61 | $114,372.61 | $17,482.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
  DUHOWNIK, KATHRYN A.  
**Period Ending:** 09/01/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/16/13  
**Claims Bar Date:** 05/27/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 4070 Meadow View Drive S | 610,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Checking Account #8188<br>  Amount reduced from $1,500 to $1,400 on amended schedules | 1,400.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Money Market Checking Account #8493 | 0.48 | 0.00 | | 0.00 | FA |
| 4 | Chase Savings Checking Account #2193 | 1.31 | 0.00 | | 0.00 | FA |
| 5 | Ordinary Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Ordinary Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Knights of Columbus term life insurance policy<br>  children beneficiaries | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Ft. Dearbon term life insurance through employer<br>  Wife then children beneficiaries | 0.00 | 0.00 | | 0.00 | FA |
| 9 | ING Precision Dialogue Employees' 401(k) Plan | 5,436.01 | 0.00 | | 0.00 | FA |
| 10 | Possible tax refunds for federal and state  (u)<br>  for 2012, 2011.<br>Originally scheduled with a value of "unknown".<br>Amended schedules listed value of $24,011.00. | 24,011.00 | 17,412.79 | | 15,378.97 | FA |
| 11 | 2006 Lexus ES 330 165,000 miles<br>  2006 Lexus ES 330 165,000 miles | 3,758.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 GMC Yukon XL Denali 157,000 miles<br>  2003 GMC Yukon XL Denali 157,000 miles | 4,260.00 | 0.00 | | 0.00 | FA |
| 13 | 2 dogs, 3 cats<br>  2 dogs, 3 cats | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Possible 2013 tax refund  (u) | 8,550.00 | 8,550.00 | | 10,038.60 | FA |
| 14 | **Assets**   Totals (Excluding unknown values) | **$659,416.80** | **$25,962.79** | | **$25,417.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Debtors finally had their 2013 tax returns filed and a pro-rata share (330 days based on the date of filing) of the federal refund has been received by the Debtor and paid to the Trustee.  Trustee is still awaiting  Debtors' receipt of the state refund and subsequent pro-rata turnover.  Hearing on Motion for turnover of state tax refund is 1/6/2017

Printed: 09/01/2017 10:15 AM    V.13.30

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Period Ending:** 09/01/17

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/26/13 (f)  
**§341(a) Meeting Date:** 12/16/13  
**Claims Bar Date:** 05/27/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** May 15, 2015     **Current Projected Date Of Final Report (TFR):** February 14, 2017 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Taxpayer ID #:** **-***7719  
**Period Ending:** 09/01/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********39 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/14 | {10} | WILLIAM P. DUHOWNIK | Turnover Tax Refund | 1124-000 | 15,378.97 | | 15,378.97 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.75 | 15,364.22 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.84 | 15,341.38 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.81 | 15,318.57 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.04 | 15,296.53 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.74 | 15,273.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.98 | 15,251.81 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.67 | 15,229.14 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.64 | 15,206.50 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 9.10 | 15,197.40 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.42 | 15,176.98 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 22.57 | 15,154.41 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 15,154.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,378.97 | 15,378.97 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,154.41 | |
| | | | **Subtotal** | | 15,378.97 | 224.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,378.97** | **$224.56** | |

{} Asset reference(s)

Printed: 09/01/2017 10:15 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-45819  
**Case Name:** DUHOWNIK, WILLIAM P.  
DUHOWNIK, KATHRYN A.  
**Taxpayer ID #:** **-***7719  
**Period Ending:** 09/01/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****986066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 15,154.41 | | 15,154.41 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.24 | 15,131.17 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.76 | 15,109.41 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.00 | 15,088.41 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.87 | 15,064.54 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.88 | 15,043.66 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-45819, Bond Premium | 2300-000 | | 7.73 | 15,035.93 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 15,015.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.69 | 14,991.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.78 | 14,970.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.75 | 14,949.86 |
| 06/15/16 | {14} | Kathryn A. Duhownik | Turnover Tax Refund | 1224-000 | 9,768.00 | | 24,717.86 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.59 | 24,687.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 24,653.04 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.89 | 24,614.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.30 | 24,578.85 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.08 | 24,544.77 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.55 | 24,507.22 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.15 | 24,472.07 |
| 01/12/17 | {14} | Kathryn A. Duhownik | Turnover Tax Refund | 1224-000 | 270.60 | | 24,742.67 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.78 | 24,704.89 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-45819, Bond #016073584 | 2300-000 | | 8.57 | 24,696.32 |
| 04/18/17 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $3,913.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,913.00 | 20,783.32 |
| 04/18/17 | 10104 | American InfoSource LP as agent for | Dividend paid 15.28% on $144.49; Claim# 1; Filed: $144.49; Reference: | 7100-000 | | 22.09 | 20,761.23 |
| 04/18/17 | 10105 | Discover Bank | Dividend paid 15.28% on $16,536.13; Claim# 2; Filed: $16,536.13; Reference: | 7100-000 | | 2,527.63 | 18,233.60 |
| 04/18/17 | 10106 | Quantum3 Group LLC as agent for | Dividend paid 15.28% on $1,500.04; Claim# 3; Filed: $1,500.04; Reference: | 7100-000 | | 229.29 | 18,004.31 |
| 04/18/17 | 10107 | Quantum3 Group LLC as agent for | Dividend paid 15.28% on $1,685.27; Claim# 4; Filed: $1,685.27; Reference: | 7100-000 | | 257.60 | 17,746.71 |
| 04/18/17 | 10108 | Quantum3 Group LLC as agent for | Dividend paid 15.28% on $1,653.18; Claim# 5; Filed: $1,653.18; Reference: | 7100-000 | | 252.70 | 17,494.01 |
| | | | Subtotals : | | $25,193.01 | $7,699.00 | |

{} Asset reference(s)

Printed: 09/01/2017 10:15 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-45819
**Case Name:** DUHOWNIK, WILLIAM P.
            DUHOWNIK, KATHRYN A.
**Taxpayer ID #:** **-***7719
**Period Ending:** 09/01/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****986066 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/17 | 10109 | Credit First NA | Dividend paid 15.28% on $1,070.76; Claim# 6; Filed: $1,070.76; Reference: | 7100-000 | | 163.67 | 17,330.34 |
| 04/18/17 | 10110 | American Express Centurion Bank | Dividend paid 15.28% on $39,036.35; Claim# 7; Filed: $39,036.35; Reference: | 7100-000 | | 5,966.91 | 11,363.43 |
| 04/18/17 | 10111 | American Express Centurion Bank | Dividend paid 15.28% on $15,182.80; Claim# 8; Filed: $15,182.80; Reference: | 7100-000 | | 2,320.77 | 9,042.66 |
| 04/18/17 | 10112 | Capital One, N.A. | Dividend paid 15.28% on $2,548.04; Claim# 9; Filed: $2,548.04; Reference: | 7100-000 | | 389.48 | 8,653.18 |
| 04/18/17 | 10113 | Capital Recovery V, LLC | Dividend paid 15.28% on $2,741.45; Claim# 10; Filed: $2,741.45; Reference: | 7100-000 | | 419.04 | 8,234.14 |
| 04/18/17 | 10114 | Central Dupage Hospital | Dividend paid 15.28% on $2,435.50; Claim# 11; Filed: $2,435.50; Reference: | 7100-000 | | 372.28 | 7,861.86 |
| 04/18/17 | 10115 | PYOD, LLC its successors and assigns | Dividend paid 15.28% on $20,250.18; Claim# 12; Filed: $20,250.18; Reference: | 7100-000 | | 3,095.34 | 4,766.52 |
| 04/18/17 | 10116 | VONMAUR | Dividend paid 15.28% on $1,104.45; Claim# 14; Filed: $1,104.45; Reference: | 7100-000 | | 168.82 | 4,597.70 |
| 04/18/17 | 10117 | Portfolio Recovery Associates, LLC | Dividend paid 15.28% on $4,754.06; Claim# 16; Filed: $4,754.06; Reference: | 7100-000 | | 726.68 | 3,871.02 |
| 04/18/17 | 10118 | Portfolio Recovery Associates, LLC | Dividend paid 15.28% on $1,798.72; Claim# 17; Filed: $1,798.72; Reference: | 7100-000 | | 274.94 | 3,596.08 |
| 04/18/17 | 10119 | Portfolio Recovery Associates, LLC | Dividend paid 15.28% on $1,920.81; Claim# 18; Filed: $1,920.81; Reference: | 7100-000 | | 293.61 | 3,302.47 |
| 04/18/17 | 10120 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Stopped on 06/16/17 | 2100-000 | | 3,300.88 | 1.59 |
| 04/18/17 | 10121 | Clerk of the U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.59 | 0.00 |
| 06/16/17 | 10103 | THOMAS E. SPRINGER, Trustee | trustee comp and expenses | | | 3,300.88 | -3,300.88 |
| | | | 3,291.76 | 2100-000 | | | -3,300.88 |
| | | | 9.12 | 2200-000 | | | -3,300.88 |
| 06/16/17 | 10120 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Stopped: check issued on 04/18/17 | 2100-000 | | -3,300.88 | 0.00 |

Subtotals :        $0.00        $17,494.01

{} Asset reference(s)                                                                                                          Printed: 09/01/2017 10:15 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 13-45819 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | DUHOWNIK, WILLIAM P. | | **Bank Name:** | Rabobank, N.A. |
| | DUHOWNIK, KATHRYN A. | | **Account:** | ****986066 - Checking Account |
| **Taxpayer ID #:** | **-***7719 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/01/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,193.01 | 25,193.01 | $0.00 |
| | | | Less: Bank Transfers | | 15,154.41 | 0.00 | |
| | | | **Subtotal** | | 10,038.60 | 25,193.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,038.60** | **$25,193.01** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********39** | 15,378.97 | 224.56 | 0.00 |
| **Checking # ****986066** | 10,038.60 | 25,193.01 | 0.00 |
| | **$25,417.57** | **$25,417.57** | **$0.00** |

{} Asset reference(s)